157 A.3d 810

**BEN, Katrina Renee**

v.

**STATE of Maryland**

**Pet. Docket No. 416, Sept.Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (Nos. 179 & 180, Sept. Term, 2015).

Petition for writ of certiorari denied

■

157 A.3d 810

**BOLDING**

v.

**KOZAY**

**Pet. Docket No. 616, Sept. Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 246, Sept. Term, 2015).

Petition for writ of certiorari denied